# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Interstate Fire & Casualty Co.

v.

Washington Hospital Center Co., et al.

**Case No:** 13-7024

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)    ● Appellee(s)/Respondent(s)    ○ Intervenor(s)    ○ Amicus Curiae

Interstate Fire & Casualty Co.

**Names of Parties**                                **Names of Parties**

### Counsel Information

**Lead Counsel:** David D. Hudgins

**Direct Phone:** (703) 837-3206   **Fax:** (703) 739-3700   **Email:** dhudgins@hudginslawfirm.com

**2nd Counsel:**

**Direct Phone:** ( )    **Fax:** ( )   -   **Email:**

**3rd Counsel:**

**Direct Phone:** ( )  -  **Fax:** ( )  -  **Email:**

**Firm Name:** Hudgins Law Firm, P.C.

**Firm Address:** 515 King Street, Suite 400, Alexandria, Virginia 22314

**Firm Phone:** (703) 739-3300   **Fax:** (703) 739-3700   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)